Hamilton Appeals. Overruled. Dock. 6-25-25; 3 Abs. 401.

### TUESDAY, NOVEMBER 17, 1925
### GENERAL DOCKET

19025—Robert E. Tuck v. George Chapple; error to the Cuyahoga Appeals. Dismissed for want of prosecution. Dock. 3-18-25; 3 Abs. 198.

19026—Amanda Tuck v. George Chapple; error to the Cuyahoga Appeals. Dismissed for want of prosecution. Dock. 3-18-25; 3 Abs. 198.

19141—Charles N. Keith et al, v. State, ex rel. William Mills et al; error to Clark Appeals. Judgment reversed. Marshall, CJ., Jones, Matthias, Day, Allen and Kinkade, JJ., concur. Robinson, J., not participating. Dock. 5-12-25; 3 Abs. 329.

19204—State, ex rel. Maude Wade,, v. Edgar B. Kinkead et al. In Prohibition. Writ denied. Marshall, CJ., Jones, Matthias, Day, Allen and Kinkade, JJ., concur. Robinson, J., not participating. Dock. 6-14-25; 3 Abs. 329.

19242—Cleveland, Ashtabula, Conneaut Bus Co. v. Public Utilities Commission of Ohio; error to the Public Utilities Commission. Dismissed on motion of plaintiff in error at its costs. Dock. 7-6-25; 3 Abs. 435.

19362—Vineman Turk (P. J. Hutchinson substituted as plaintiff in error) v. Public Utilities Commission of Ohio; error to the Public Utilities Commission. Dismissed in precipe of plaintiff in error and at his costs. Dock. 9-24-25; 3 Abs. 610.

19385—State, ex rel Retirement Board of the State Teachers' Retirement System v. Board of Education of Blue Creek Rural School District, Paulding County, Ohio, and Alfred Tow, Clerk thereof. In Mandamus. Settled and dismissed at defendants costs. Dock. 10-20-25; 3 Abs. 658.

19398—State, ex rel Retirement Board, of the State Teachers' Retirement System v. Board of Education of Goshen Rural School District, Hardin County, Ohio, et al. In Mandamus. Plaintiff's claim satisfied; judgment against defendants for costs. Dock. 10-30-25; 3 Abs. 690.

19399—State ex rel Retirement Board of the State Teachers' Retirement System v. Board of Education of Montgomery Rural School District, Wood County, Ohio, et al. In Mandamus. Plaintiff's claim satisfied; judgment against defendants for costs. Dock. 10-30-25; 3 Abs. 690.

19403—State ex rel Retirement Board of the State Teachers' Retirement System v. Board of Education of Ridgway Rural School District, Hardin County, Ohio, et al. In Mandamus. Plaintiff's claim satisfied; judgment against defendants, for costs. Dock. 11-4-25; 3 Abs. 706.

19405—State ev rel Retirement Board of the State Teachers' Retirement System v. Board of Education of Wabash Special School District No. 6, Darke County, Ohio, et al. In Mandamus. Plaintiff's claim satisfied; judgment against defendants for costs. Dock. 11-4-25; 3 Abs. 706.

### MOTION DOCKET

19257—James C. Davis, Agent v. John Hussey. Motion for Hamilton Appeals to certify. Overruled. Dock. 7-13-25; 3 Abs. 451.

19269—Francis Willard Candy Co. v. John H. Jones. Motion for Franklin Appeals to certify. Overruled. Dock. 7-16-25; 3 Abs. 451.

19271—Industrial Commission of Ohio v. Frank E. Van Horn. Motion for Cuyahoga Appeals to certify. Overruled. Dock. 7-15-25; 3 Abs. 466.

19306—New Amsterdam Casualty Co. v. City of Norwalk et al. Motion for Huron Appeals to certify. Overruled. Dock. 8-4-25; 3 Abs. 499.

19343—Ralph E. Deem v. State ex rel Dorothey Smith. Motion for Warren Appeals to certify. Overruled. Dock. 6-31-25; 3 Abs. 546.

---

## Abstracts of Last Week's
## SUPREME COURT OPINIONS

---

### SYLLABI
### No. 953

No. 19345—The State, ex rel, etc., v. The Board of Education of Adams Mills Rural School District, et al. In Mandamus.

No. 19096—Robert W. Ross, et al v. The Adams Mills Rural School District; error to the Court of Appeals of Muskingum county.

157. BOARDS OF EDUCATION—1. Upon transfer of property from one district to another, bound to make equitable division of funds and indebtedness of transferred territory.

2. "Where there is such transfer after issuance of bonds for erection of school building and tax levy to pay for same; and equitable division of funds and bonded indebtedness is made, all property of each district subject to tax levy to meet apportioned indebtedness.

291. CONSTITUTIONAL LAW — Section 4692 GC. does not violate any state or federal constitutional provisions.

MATTHIAS, J.

1. It is the duty of county boards of education upon transfer of property from one district to another pursuant to the provisions of Section, 4692, General Code, to make an equitable division of the funds and of the indebtedness of the transferred territory.

2. Where, subsequent to the issuance of bonds for the erection of a school building and the levy of a tax to pay same by a rural school district, the county board of education under authority of Section 4692, General Code, transfers a portion of such district to an adjoining district and makes an equitable division of the funds and of such bonded indebtedness between the district from which and the district to which the territory was transferred, all the property of each district is subject to the levy of a tax to meet its share of the indebtedness as so apportioned.

3. Section 4692, General Code, is not violative of any provision of either the state or federal constitution.

Case No. 19096, judgment affirmed.
Case No. 19345, writ allowed.

### No. 954

No. 19141—Charles N. Keith et al v. The State of Ohio ex rel. William Mills et al. Error to the Court of Appeals of Clark County.

313. CORPORATIONS—1. When articles of incorporation are amended pursuant to statutory authority, provisions may be made for preferred and common stock of different par values.